| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar #294141 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559-487-5950 |
| 5 | Attorney for Defendant |
| | JAMES BURRILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:07-mj-00277 SMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE REVIEW |
| | ) HEARING; [PROPOSED] ORDER |
| JAMES BURRILL, | ) Date: June 9, 2017 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the review hearing set for Friday, May 5, 2017 at 2:00 p.m. be continued to Friday, June 9, 2017 at 2:00 p.m.

Judge Boone will be handling the calendar on May 5, 2017 in Judge McAuliffe's absence. As Judge Boone has an apparent conflict in this case we request the continuance to allow the hearing to be heard before Judge McAuliffe.

Mr. Burrill's period of unsupervised probation does not expire until July 13, 2017, and so no extension of probation is necessary within the time frame of the requested continuance. The parties will file a joint status report no later than May 26, 2017 to advise the court as to the status of Mr. Burrill's compliance with the terms and conditions of his unsupervised probation.

/ / /

/ / /

|  | Respectfully submitted, |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 18, 2017 | */s/ Megan T. Hopkins*<br>Megan T. Hopkins<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JAMES BURRILL |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: April 18, 2017 | */s/ Michael Tierney*<br>Michael Tierney<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the Review Hearing set for Friday, May 5, 2017 at 2:00 p.m. before the Honorable Barbara A. McAuliffe be continued to Friday, June 9, 2017 at 2:00 p.m. before Honorable Barbara A. McAuliffe in courtroom 8.

IT IS SO ORDERED.

Dated: **April 18, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE