| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | HENRY Z. CARBAJAL III<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |



FILED

OCT 17 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-mj-00277-BAM |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| JAMES J. BURRILL, | |
| Defendant. | |

I, Henry Z. Carbajal III, Assistant United States Attorney for the Eastern District of California, state the following is true and correct to the best of my knowledge and belief.

I am an Assistant United States Attorney and serve as the supervisor of the White Collar Crime Unit, and by extension our office's misdemeanor unit.

In the normal course of our duties, my office regularly conducts probation status reviews for defendants on court probation with the United States District Court for the Eastern District of California. I was assigned the misdemeanor case <u>United States v. James Burrill</u>, 07-mj-00277, as I was the office's duty attorney on July 11, 2016, when defendant Burrill appeared on a warrant for failure to appear at a court probation review hearing.

In the normal course of my duties, I learned that defendant JAMES J. BURRILL has failed to appear at a review hearing regarding his court probation sentence, which

1

was set for October 11, 2017 at 2:00pm before U.S. Magistrate Judge Barbara A. McAuliffe.

As an Assistant United States Attorney, I am aware that JAMES J. BURRILL, was charged on November 21, 2007 with operating a motor vehicle while knowing that his driving privileges had been suspended for driving under the influence, in violation of Title 36 Code of Federal Regulations § 4.2(b) and California Vehicle Code § 14601.2(a). On January 15, 2010, BURRILL pleaded guilty to the charge and was sentenced to 24 months of unsupervised probation with the condition he pay a $1,000 fine and Special Assessment of $10. Defendant BURRILL failed to appear at court probation review hearings on July 22, 2010 and August 5, 2010, and was arrested and appeared on probation revocation proceedings on July 11, 2016. On July 14, 2016, defendant BURRILL admitted to failing to appear at his August 5, 2010 review hearing. He was sentenced to twelve months of unsupervised court probation, 100 hours of community service, 50 hours of drug treatment/counseling, and a Special Assessment of $10.

On June 9, 2017, BURRILL appeared in court as ordered for his first review hearing. At that hearing. BURRILL agreed to extend his court probation by six additional months until November 15, 2017. A second review hearing was set for October 11, 2017. On October 11, 2017, BURRILL failed to appear at his second review hearing.

The government alleges BURRILL has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO APPEAR FOR REVIEW HEARING

On June 9, 2017, at BURRILL's first probation review hearing, with BURRILL personally present, the Court set defendant BURRILL's second probation review hearing for October 11, 2017. On October 11, 2017, BURRILL failed to appear for his second review hearing. BURRILL's counsel indicated that he did not know where BURRILL was and had not heard from BURRILL.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

10/17/17
Date

HENRY Z. CARBAJAL III
Assistant United States Attorney

Sworn to before me and subscribed in my presence Fresno, California

10/17/17
Date

Honorable Barbara A. McAuliffe
U. S. Magistrate Judge
Eastern District of California