

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:07-MJ-277 BAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAMES J. BURRILL, | |
| Defendant. | |

The defendant having been sentenced on 10/20/2017 to one day custody with credit for time served, he is hereby released from the custody of the United States Marshal as of 10/20/2017.

Dated: October 20, 2017

ERICA P. GROSJEAN
United States Magistrate Judge

1